Chief Justice CASTILLE, Justices EAKIN, BAER, TODD and McCAFFERY join the opinion.

**Joel ARIO, Insurance Commissioner of the Commonwealth of Pennsylvania as Statutory Liquidator of Colonial Assurance Company**

v.

**COLONIAL ASSURANCE COMPANY**

**Appeal of Louis V. Mazzella.**

Supreme Court of Pennsylvania.

Feb. 16, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of February, 2010, the order of the Commonwealth Court is **AFFIRMED.**